**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| GREGORY QUARLES,<br><br>    Petitioner,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Respondent. | CIVIL ACTION NO. 3:17-CV-01914<br><br>(JUDGE CAPUTO)<br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 26th day of March, 2018, upon consideration of Petitioner Gregory Quarles' Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241 (*Doc*. 1), the Report and Recommendation ("R&R") of Magistrate Judge Carlson (*Doc*. 9), and Petitioner's objections to the R&R (*Doc*. 11) **IT IS HEREBY ORDERED** that:

(1) The R&R of Magistrate Judge Carlson is **APPROVED** and **ADOPTED**.

    (a) Petitioner Gregory Quarles' Petition for a Writ of Habeas Corpus is **DENIED**.

(2) The Clerk of Court is directed to **CLOSE** this case.

                                         /s/ A. Richard Caputo
                                         A. Richard Caputo
                                         United States District Judge